UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

Case No.: _____

SHERIDAN EMERGENCY PHYSICIANS
SERVICES, INC., a Florida corporation, and
SHERIDAN CHILDREN'S HEALTHCARE
SERVICES, INC., a Florida corporation,

      Plaintiffs,
v.

EMCARE, INC., a Delaware corporation,

      Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant EMCARE, INC. ("EmCare"), by and through its undersigned counsel, hereby files this Notice of Removal of an action pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County to the United States District Court for the Southern District of Florida, Broward Division, on the following grounds:

### THE REMOVED CASE

1.    On February 17, 2012, Plaintiffs Sheridan Emergency Physicians Services, Inc., and Sheridan Children's Healthcare Services, Inc., (collectively "Sheridan" or "Plaintiffs"), filed a Complaint in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County. The action is now pending therein, styled *Sheridan Emergency Physicians Services, Inc., and Sheridan Children's Healthcare Services, Inc. v. EmCare, Inc.*, Case No. 12-004476 CA 04 (the "Action").

*Sheridan Emergency Physicians Svs., et al. v. EmCare, Inc.*
Case No. _____

2. Simultaneously with Sheridan's filing of the Complaint in the Action, it filed a Motion to File Complaint Under Seal which alleged, *inter alia*, that the Complaint and the Exhibits attached thereto contained confidential information and trade secrets. A true and correct copy of Sheridan's Motion to File Complaint Under Seal ("Plaintiffs' Motion to Seal") is attached hereto as ***Exhibit A***.

3. On or about February 17, 2012, the Summons and Complaint in the Action were served on EmCare.

4. This Notice of Removal is being filed within 30 days of service of the Summons and Complaint, and is therefore timely under 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings and papers, including the Summons and Complaint, that have been filed and served in the Action are attached hereto or are being filed under seal simultaneously herewith in light of Plaintiffs' Motion to Seal. The Summons is attached as ***Exhibit B***. Plaintiffs' Complaint and the exhibits attached thereto, that are the subject of Plaintiffs' Motion to Seal, are attached as ***Composite Exhibit C***.[1]

**VENUE IS PROPER IN THIS COURT**

6. This Court is the United States District Court for the district and division in which the state court action referenced in Paragraph 1 above is pending, which makes this Court the appropriate venue for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(a).

---

[1] Simultaneously with the filing of this Notice, EmCare is filing a Motion to Seal Plaintiffs' Complaint and the Exhibits attached thereto.

2
RICHMAN GREER, P.A.
Miami • West Palm Beach

*Sheridan Emergency Physicians Svs., et al. v. EmCare, Inc.*
Case No. _____

## DIVERSITY OF CITIZENSHIP EXISTS

7.     This is a civil action over which the Court has original subject matter jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

8.     At the time the Action was filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, at the time this Notice of Removal was filed, and at all relevant times, Plaintiffs were and are residents and citizens of the State of Florida and Broward County. ***See Composite Exhibit C***, Complaint, ¶¶ 3-4.

9.     At the time the Action was filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, at the time this Notice of Removal was filed, and at all other relevant times, EmCare was and is a citizen of Delaware and Colorado, being a corporation organized and incorporated under the laws of Delaware and having its nerve center and principal place of business as defined in *Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010) in Colorado. ***See Exhibit Composite C***, Complaint, ¶ 5 and its Exhibit C; ***see also*** a true and correct copy of the Delaware Secretary of State Division of Business Filing Information for EmCare attached hereto and incorporated herein as ***Exhibit D***.

10.    Because Plaintiffs are citizens of Florida and EmCare is a citizen of Delaware and Colorado, diversity of citizenship exists under 28 U.S.C. § 1332.

## THE AMOUNT IN CONTROVERSY HAS BEEN SATISFIED

11.    As set forth herein, the amount in controversy in this matter exceeds the sum or value of $75,000, exclusive of interest and costs.[2]

---

[2] In light of Plaintiffs' Motion to Seal, and in an abundance of caution, EmCare has redacted in this version the basis for its contention that the amount in controversy in this matter exceeds the

*Sheridan Emergency Physicians Svs., et al. v. EmCare, Inc.*
Case No. _____

12.   REDACTED

13.   REDACTED

14.   REDACTED

$75,000 jurisdictional minimum, because EmCare cites Plaintiff's Complaint and Exhibits therein. An unredacted copy of this Notice of Removal is contained within *Composite Exhibit C*.

*Sheridan Emergency Physicians Svs., et al. v. EmCare, Inc.*
Case No. _____

15.

REDACTED

## FILING OF REMOVAL PAPERS

16. Pursuant to 28 U.S.C. § 1446(d), simultaneously with the removal of the Action to this Court, EmCare is serving written notice of the filing of this Notice of Removal on Sheridan, and EmCare will file a Notice of Filing of Notice of Removal with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County in which the Action is currently pending.

WHEREFORE, Defendant EmCare, Inc. removes the Action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County to the United States District Court for the Southern District of Florida, Broward Division, and prays that the Action proceed in this Court as an action properly removed.

*Sheridan Emergency Physicians Svs., et al. v. EmCare, Inc.*
Case No. _____

DATED: February 27, 2012

Respectfully submitted,

/s/ Alan G. Greer
ALAN G. GREER
Florida Bar No.: 0123294
**RICHMAN GREER, P.A.**
*Attorneys for Defendant, EmCare, Inc.*
Miami Center – Suite 1000
201 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
agreer@richmangreer.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and accurate copy of the foregoing has been served by facsimile transmission and U.S. mail upon: EILEEN L. PARSONS, ESQ., Ver Ploeg & Lumpkin, P.A., 100 S.E. Second Street, Suite 3000, Miami, FL 33131 and GLENN J. WALDMAN, ESQ., Waldman Trigoboff Hilderbrandt Marx & Calnan, P.A., Weston Point II – Suite 202, 2200 North Commerce Parkway, Weston, FL 33326 on **February 27, 2012**.

By: /s/ Alan G. Greer
ALAN G. GREER

6
**RICHMAN GREER, P.A.**
Miami • West Palm Beach